UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: | CASE NO. 19-00845-JMC-7 |
| JOSEPH LYNN CLINARD and CRYSTAL ANN CLINARD, | |
| Debtors. | ADV. PROC. NO. 19-50099 |
| | |
| PAIGE TAM dba PAIGES REALTY, | |
| Plaintiff, | |
| | |
| v. | |
| | |
| JOSEPH LYNN CLINARD and CRYSTAL ANN CLINARD, | |
| Defendants. | |

**STIPULATION OF VOLUNTARY DISMISSAL OF
COMPLAINT TO DENY DISCHARGE**

Comes now Plaintiff, Paige Tam dba Paiges Realty, and Defendants, Joseph Lynn Clinard and Crystal Ann Clinard, by and through their respective counsel, Matthew M. Cree and Eric Redman, and per Fed.R.Bankr.P. 7041, Fed.R.Civ.P. 41, and S.D. Ind. B-7041-2, hereby stipulate and agree to the complete dismissal of Plaintiff's Complaint to Deny Discharge, without consideration and any terms and conditions, and with prejudice.

Respectfully submitted,

/s/ Matthew M. Cree
Matthew M. Cree #27073-41
Law Office of Matthew M. Cree, LLC
PO Box 7805
Greenwood, IN 46142
T. 317.883.7350 | F. 317.942.0941
Matt@creelawoffice.com

*Attorney for Plaintiff, Paige Tam dba Paiges Realty*

/s/ Eric C. Redman
Eric C. Redman
Redman Ludwig, PC
151 N. Delaware Street, Suite 1106
Indianapolis, IN 46204
T. 317.685.2426 | F. 317.636.8686
eredman@redmanludwig.com

*Attorney for Defendants, Joseph Lynn Clinard and Crystal Ann Clinard*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 14, 2019, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Chapter 7 Trustee
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
Eric C. Redman, eredman@remanludwig.com


Dated: November 14, 2019

                                        /s/ Matthew M. Cree
                                        Law Office of Matthew M. Cree, LLC
                                        PO Box 7805
                                        Greenwood, IN 46142
                                        Tel. 317.695.1008 | Fax 317.942.0941
                                        Email: matt@creelawoffice.com
                                        *Attorney for Plaintiff*